ORIGINAL

RECEIVED
05 APR 29 PM 4:04

RECEIVED & FILED
2005 APR 29 PM 5:12
U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

|    |    |
|----|----|
| 1  | **UNITED STATES BANKRUPTCY COURT** |
| 2  | **DISTRICT OF NEVADA** |
| 3  | IN RE:                              Case No.: BK-N-04-53473 |
|    |                                     Chapter 7 |
| 4  | JACKIE F. MAKI,                     Adv. No.: 05-5035 |
| 5  |         Debtor.        / |
|    | CHARLES J. MAKI, |
| 6  |         Plaintiff, |
| 7  |         vs. |
| 8  | JACKIE MAKI, aka ESTHER FAYE CHONG, |
| 9  |         Defendant(s).   / |

**SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of clerk   CLERK, U.S. BANKRUPTCY COURT
                   300 Booth Street Room 4005
                   Reno, Nevada 89509

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
TERESA B. MCKEE
BEESLEY, PECK & MATTEONI, LTD.
5011 Meadowood Mall Way, Ste. 300
Reno, NV 89502

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address
UNITED STATES BANKRUPTCY COURT          Bankruptcy Courtroom  5th FL. #1
300 Booth Street Room, 4005
Reno, Nevada 89509                      Date and Time: 7/20/05  9 Am

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT

Patricia Gray
Clerk of the Bankruptcy Court

5-2-05
Date

By: _____
    Deputy Clerk

1

## AFFIDAVIT

```
State of Nevada           )
                          ss.
County of Washoe          )
```

JERRY BALDRIDGE, being first duly sworn deposes and says:

That affiant is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #322, and not a party to, nor interested in the within action affiant received the documents on **May 5 2005 4:47PM** and on **May 6 2005 8:00PM** affiant personally served a copy of the

SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING; AMENDED COMPLAINT OBJECTING TO DISCHARDEABILITY OF DEBT; BLANK STANDARD DISCOVERY PLAN OR REQUEST FOR WAIVER OF FILING DISCOVERY PLAN AND SCHEDULEING ORDER RE: PRE-TRIAL MATTERS AND TRIAL

on **JACKIE F. MAKI**

```
13270   ROLLING SAGE PL.
RENO, NV 89506
```

Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are true.

_____
JERRY BALDRIDGE

Signed and sworn to before me on **May 9 2005** by **JERRY BALDRIDGE**

_____
Notary Public

C. LAZETICH
Notary Public - State of Nevada
Appointment Recorded In Washoe County
No: 99-35662-2 - Expires February 26, 2007

Reno/Carson
Messenger
Service, Inc.
License #322

185 Martin St
Reno, NV 89509
775-322-2424

RNPERSI 02/07/00

0188088 . BEES